# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSEANN SLATTERY, JOSEPHINE ESTRADA, and ELIZABETH THIELE,<br><br>    Plaintiffs,<br><br>vs.<br><br>DOUGLAS COUNTY, NEBRASKA,<br><br>    Defendant. | CASE NO.   8:10 CV 319<br><br>ORDER OF DISMISSAL |

Before the court is the parties' Joint Stipulation for Dismissal, Filing 96,

**IT IS ORDERED** that this case is dismissed, with prejudice, with each party to bear its own fees and costs.

DATED this 20th day of April, 2012.

BY THE COURT:

*s/ Joseph F. Bataillon*
United States District Court Judge

O:\BATAILLO\JFB\Public\CASES\CIVIL\Slattery v. Douglas Co 10cv319\dismissal.doc